United States District Judge RONALD B. LEIGHTON

04-CV-05214-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 23 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JACQUELIN SCHWAN,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

CIVIL NO. C04-5214RBL

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney fee of $12,994.25 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fee of $3,390.00 that previously was awarded, leaving a net fee of $9,604.25. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $9,604.25, minus any applicable processing fees as allowed by statute.

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5214RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1  DATED this 23rd day of June, 2006.

2  
                                   _____
3                                  RONALD B. LEIGHTON
                                   United States District Judge

4  Presented by:

5  

6  S/ELIE HALPERN
   ELIE HALPERN, WSBA #1519
7  Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C04-5214RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055